## Case No. 15,859.

UNITED STATES v. NEALE.

[2 Cranch, C. C. 241.] [1]

Circuit Court, District of Columbia. April Term, 1821.

WITNESS—COMPETENCY—FREE NEGRO.

A free colored man who has resided in this district eight years. and publicly acted as a freeman, and so generally reputed to be, is a competent witness for the United States against a free colored person.

Indictment for assault and battery.

THE COURT permitted Edward Pleasants, a black man. to be sworn as a witness for the United States, after proof that he had publicly lived and acted as a freeman for eight years, and was generally reputed to be free.